

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

04-24-00717-CV

**IN RE EWING CONSTRUCTION COMPANY, INC.**

Original Proceeding[1]

**ORDER**

On October 22, 2024, relator filed a petition for writ of mandamus and a motion for emergency relief. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8. Relator's motion for emergency relief is DENIED AS MOOT.

It is so **ORDERED** on December 18, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. DC-18-122, styled *Benavides Independent School District v. Ewing Construction Co., Inc.*, in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.